IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL BINDERUP,<br><br>        Plaintiff,<br><br>        v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; and B. TODD JONES, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>        Defendants. | Case No. 13-cv-06750 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Eric H. Holder, Attorney General of the United States, and B. Todd Jones, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Order entered September 25, 2014 [ECF Nos. 27, 28].

Dated: November 21, 2014

Of Counsel

ZANE DAVID MEMEGER
United States Attorney

ANNETTA FOSTER GIVHAN
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106
(215) 861-8319
Annetta.givhan@usdoj.gov

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

/s/ Daniel Riess
DIANE KELLEHER
Assistant Branch Director
DANIEL RIESS
LESLEY FARBY
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

1