# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Binderup v. Holder, Attorney General of the United States

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 13-cv-6750
Date proceedings initiated in D.C.: 11/21/2013
Date Notice of Appeal filed: 11/21/2014
USCA No.: 14-4549

## COUNSEL ON APPEAL

**Appellant(s)**:
Name of Counsel: Patrick G. Nemeroff; Michael S. Raab
Name of Party(ies): Eric H. Holder, Jr., Attorney General of the United States; and B. Todd Jones, Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives
Address: 950 Pennsylvania Ave., NW, Room 7217, Washington DC 20530
Telephone No.: (202)305-8727
Fax No.: (202)514-8151
E-mail: patrick.g.nemeroff@usdoj.gov

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Alan Gura
Name of Party(ies): Daniel Binderup
Address: 105 Oronoco Street, Suit 305, Alexandria VA 22301
Telephone No.: (703)835-9085
Fax No.: (703)997-7665
E-mail: alan@gurapossessky.com

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  Yes ☐  No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐  No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☑ OTHER Specify: Second Amendment Challenge

2. TORTS
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __9__ day of __December__, 20__14__.

Signature of Counsel: s/ Patrick G. Nemeroff