UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 14-4549 & 14-4550

Binderup v. Attorney General

To: Clerk

1)  Joint Motion to Revise the Briefing Schedule

---

The foregoing motion is granted. Appellants/Cross-Appellees' brief and appendix must be filed and served on or before February 19, 2015. Appellee/Cross-Appellant's brief must be filed and served on or before March 30, 2015.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: January 20, 2015
tmk/cc:
Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.