**No.** 14-4549, 14-4550

## Daniel Binderup     vs.     Eric H. Holder, Jr., Attorney General of the U.S.

### ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Eric H. Holder, Jr., Attorney General of the United States; and B. Todd Jones, Director of the Bureau of Alcohol, Tobacoo, Firearms, and Explosives

Indicate the party's role IN THIS COURT (check <u>only</u> one):

| ☐ Petitioner(s) | ☑ Appellant(s) | ☐ Intervenor (s) |
|---|---|---|
| ☐ Respondent(s) | ☐ Appellee(s) | ☐ Amicus Curiae |

(Type or Print) Counsel's Name **Abby C. Wright**

Mr.          Ms.          Mrs.          Miss

Firm **U.S. Department of Justice, Civil Division, Appellate Staff**

Address **950 Pennsylvania Ave., NW, Room 7252**

City, State, Zip Code **Washington DC 20530**

Phone (202) 514-0664          Fax (202) 514-8151

**Primary E-Mail Address (required)** Abby.Wright@usdoj.gov
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. ***YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.***

**SIGNATURE OF COUNSEL:** s/ Abby C. Wright

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

 s/ Abby C. Wright
ABBY C. WRIGHT