IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| DANIEL BINDERUP,<br><br>    Plaintiff–Appellee –<br>    Cross-Appellant,<br><br>    v.<br><br>ERIC H. HOLDER, JR., Attorney General of the<br>United States; and B. TODD JONES, Director of the<br>Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>    Defendants–Appellants –<br>    Cross-Appellees. | Nos. 14-4549, 14-4550 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF FOR APPELLEE**

The government hereby moves for a 30-day extension of time, to and including June 3, 2015, to file its response and reply brief. Counsel for plaintiff has authorized us to indicate that this motion is unopposed.

1. Plaintiff's cross-appeal and response brief was filed on March 30, 2015. The government's response and reply brief would therefore be due on May 4, 2015. We have not previously sought an extension of this deadline.

3. Mr. Nemeroff, who formerly had primary responsibility for the case, is on paternity leave until mid-May. This case was therefore recently reassigned to Ms. Wright. The government respectfully requests a 30-day extension in light of Ms.

Wright's other litigation deadlines and administrative duties, and to allow her adequate time to become familiar with the case and prepare the government's brief.

    4.  Counsel for plaintiff has authorized us to represent that this motion is unopposed.

                                    Respectfully submitted,

                                    MICHAEL S. RAAB

                                  /s/ Abby C. Wright
                                 ABBY C. WRIGHT
                                 (202) 514-0664
                                    Attorneys, Appellate Staff
                                    Civil Division
                                    U.S. Department of Justice
                                    950 Pennsylvania Ave., N.W.
                                    Room 7252
                                    Washington, D.C.  20530

MARCH 2015

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                s/ Abby C. Wright
                                                ABBY WRIGHT