# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4549, 14-4550

Daniel Binderup vs. Eric H. Holder, Jr., Attorney General of the U.S., et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

**National Rifle Association of America**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☑ Amicus Curiae

(Type or Print) Counsel's Name: **Mr. Stefan B. Tahmassebi**

Mr.    Ms.    Mrs.    Miss

Firm: **National Rifle Association of America**

Address: **11250 Waples Mill Road**

City, State, Zip Code: **Fairfax, Virginia 22030**

Phone: (703) 267-1259     Fax: (703) 267-3985

Primary E-Mail Address (required): **STahmassebi@nrahq.org**

Additional E-Mail Address (1): _____

Additional E-Mail Address (2): _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. **YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.**

**SIGNATURE OF COUNSEL:** s/ Stefan B. Tahmassebi

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 10/23/09

## CERTIFICATE OF SERVICE

On this, the 2nd day of April, 2015, I electronically filed the attached Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. Participants in this appeal are registered CM/ECF users who will be served by the CM/ECF system on April 2, 2015.

s/ Stefan B. Tahmassebi
STEFAN B TAHMASSEBI