# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| DANIEL BINDERUP, | ) | |
| | ) | |
| Plaintiff – Appellee – Cross-Appellant, | ) ) ) | |
| | ) | |
| v. | ) | |
| | ) | Nos. 14-4549, 14-4550 |
| ATTORNEY GENERAL OF THE UNITED STATES, et al., | ) ) ) | |
| | ) | |
| Defendants – Appellants – Cross-Appellees. | ) ) ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION FOR A FOUR-DAY EXTENSION**

Plaintiff-Appellee/Cross-Appellant Daniel Binderup requests a four (4) day extension of time to file his step-four reply brief, through and including June 26, 2015. Defendants-Appellants/Cross-Appellees do not oppose this request.

1. Defendants had previously sought and obtained a 30-day extension to file their step-three opposition and reply brief, to June 3, 2015. Accordingly, Plaintiff's step-four reply brief would be due on Monday, June 22, 2015 (fourteen days from June 3, plus three days for electronic service, would be Saturday, June 20).

1

2. However, Plaintiff's counsel represents the appellants in *Richards v. Prieto*, Ninth Circuit No. 11-16255. The Ninth Circuit has now set en banc argument in that case for the afternoon of June 16, 2015, in San Francisco. In addition to counsel's other obligations, preparation and travel to and from San Francisco for this en banc argument will make it difficult to complete and file the reply brief in this case in only three business days following that argument.

3. Accordingly, Plaintiff requests an additional four days, to the end of the week on which the reply brief is currently due, to complete and file the reply brief. Counsel for Defendants has stated that he does not oppose this motion.

Wherefore, Plaintiff-Appellee/Cross-Appellant respectfully requests that the motion be granted, and that he have until and through June 26, 2015, to file his step-four reply brief.

Dated: May 11, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Alan Gura
　　　　　　　　　　　　　　　　　　　Alan Gura
　　　　　　　　　　　　　　　　　　　Gura & Possessky, PLLC
　　　　　　　　　　　　　　　　　　　105 Oronoco Street, Suite 305
　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　703.835.9085/703.997.7665
　　　　　　　　　　　　　　　　　　　alan@gurapossessky.com

　　　　　　　　　　　　　　　　　　　Counsel for Appellee/Cross-Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Alan Gura
Alan Gura