# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4549, 14-4550

Daniel Binderup vs. Attorney General of the U.S., et al.

Calendar Date: July 9, 2015      Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Alan Gura

Designation of Arguing Counsel: Alan Gura

Member of the Bar: ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

Daniel Binderup

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

# CERTIFICATE OF SERVICE

On this, the 18th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. Participants in this appeal are registered CM/ECF users who will be served by the CM/ECF system on May 18, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 18th day of May, 2015.

/s/ Alan Gura
Alan Gura