## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4549, 14-4550

Daniel Binderup vs. Attorney General of the United States, et al.

Calendar Date 07/09/2015    Location Philadelphia, PA

### ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Patrick G. Nemeroff

Designation of Arguing Counsel: Patrick G. Nemeroff

Member of the Bar: ☐ Yes   ☑ No

Representing (check only one):

☐ Petitioner(s)   ☑ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Attorney General of the United States

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2015, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Patrick G. Nemeroff
PATRICK G. NEMEROFF