UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 15-1975 & 15-1976

JULIO SUAREZ

v.

ATTORNEY GENERAL OF THE UNITED STATES; DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES,

Appellants/Cross-Appellees

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-14-cv-00968)
District Judge: Honorable William W. Caldwell

Nos. 14-4549 & 14-4550

DANIEL BINDERUP

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES,

Appellants/Cross-Appellees

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D. C. No. 5-13-cv-06750)
District Judge: Honorable James Knoll Gardner

PRESENT:  McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE,

SHWARTZ, KRAUSE, and RESTREPO, <u>Circuit</u> <u>Judges</u>*

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned cases. The Clerk of this Court will list both cases for rehearing *en banc* for June 1, 2016.

The combined total time allotted to each side will be 30 minutes of oral argument. Counsel will inform the clerk's office as to how they wish to divide the 30 minutes of argument no later than May 13, 2016.

By the Court,

s /Theodore A McKee
Chief Circuit Judge

Date:		April 21, 2016
jk/tyw/cc:	Patrick Nemeroff, Esq.
		Michael S. Raab, Esq.
		Mark B. Stern, Esq.
		Alan Gura, Esq.
		Abby C. Wright, Esq.
		Stefan B. Tahmassebi, Esq.

*Judges Nygaard and Roth will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4. for case numbers 14-4549/14-4550.