OFFICE OF THE CLERK

| MARCIA M. WALDRON | UNITED STATES COURT OF APPEALS | TELEPHONE |
|---|---|---|
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov



April 22, 2016

Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.
Mark B. Stern, Esq.
Abby C. Wright, Esq.
Stefan B. Tahmassebi, Esq.

RE: Case No. 14-4549 & 14-4550. Daniel Binderup v. Attorney General United States of America, et al.

RE: Case No. 15-1975 & 15-1976, Julio Suarez v. Attorney General United States of America, et al.

Dear Counsel:

By order dated April 21, 2016, the Court directed sua sponte that the above cases are scheduled for rehearing en banc on June 1, 2016. At this time, counsel are directed to submit additional copies of the following documents:

Please include both case numbers on your documents.

**Appellants'/Cross-Appellees' Documents / Cases 14-4549 & 14-4550**
23 Copies of Appellants'/Cross Appellees' Brief with Volume 1 of Appendix attached (brief e-filed on 2/19/2015)

12 Copies of Joint Appendix Volume 2 (appendix e-filed on 2/19/2015)
23 Copies of Appellants'/Cross-Appellees' Reply Brief  (brief e-filed on 6/3/2015)

**Appellee's/Cross-Appellant's  Documents / Cases 14-4549 & 14-4550**
23 Copies of Appellee/Cross-Appellant's Brief  (brief e-filed on 3/30/2015)
23 Copies of Appellee/Cross-Appellant's Reply Brief  (brief e-filed on 6/26/2015)

**Amicus' Documents / Cases 14-4549 & 4-4550**
23 Copies of Amicus' Brief (brief e-filed on 4/6/2015)

**Appellants'/Cross-Appellees'  Documents  / Cases 15-1975 & 1976**
23 Copies of Appellants'/Cross Appellees' Brief with Volume 1 of Appendix attached (brief e-filed on 7/8/2015)
12  Copies of Joint Appendix Volume 2 (appendix e-filed on 7/8/2015)
23 Copies of Appellants'/Cross Appellees' Addendum (addendum e-filed on 7/10/2015)
23  Copies of Appellants'/Cross Appellees' Reply Brief (brief e-filed on 9/9/2015

**Appellee' s/Cross-Appellant's Documents / Cases 15-1975 & 15-1976**
23  Copies of Appellee's/Cross Appellant's  Brief  (brief e-filed on 8/10/2015)
23 Copies of Appellee's/Cross-Appellant's Reply Brief (e-filed on 10/5/2015)

Please submit the requisite copies of these documents to the Clerk no later than **Monday, May 2, 2016**.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk


By: Linda A. Lang
Case Scheduling Coordinator
267-299-4942