UNITED  STATES  COURT  OF APPEALS  FOR THE  THIRD  CIRCUIT

Nos. <u>14-4549 & 14-4950</u>

Binderup  v. Attormey  General

Nos. <u>15-1975 & 15-1976</u>

Suarez  v. Attorney  General

**ORDER**

In light of the Court's Order of April 21, 2016, the appeals at Nos. 14-4549, 14-4950, 15-1975 and 15-1976 are hereby consolidated for purposes of the en banc argument and disposition.  Judges Nygaard  and Roth will be present for the consolidated argument, but their participation is limited to the appeals  at Nos. 14-4549 and 14-4550 pursuant to 3d. Cir. I.O.P. 9.6.4.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:          April 26, 2016
CND/cc:      All Counsel of Record