**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 26, 2016

Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.
Mark B. Stern, Esq.
Stefan B. Tahmassebi, Esq.
Abby C. Wright, Esq.

RE: Daniel Binderup v. Attorney General United States
Case Number: 14-4549/14-4950/15-1975/15-1976
District Case Number: 5-13-cv-06750

Dear Counsel:

The Court has directed me to advise counsel the above-entitled case is listed for **Rehearing En Banc** before the Court on **Wednesday, June 01, 2016.** Counsel will be allotted **30** minutes total court time for each side as follows: each side will have 5 minutes of uninterrupted time after which the court will be free to question counsel about matters of concern to the Court. Counsel is further advised that the Court has read the briefs and that the **5** minutes of uninterrupted time is provided so that counsel can emphasize particular facts or legal principles. The Court also advises counsel that the entire case is before the Court and that counsel should be prepared to argue all issues that are ripe for review.

Court will convene at **10:00 a.m.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

RE: Daniel Binderup v. Attorney General United States
Case Number: 14-4549/14-4950/15-1975/15-1976
District Case Number: 5-13-cv-06750


   Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

Marcia M. Waldron, Clerk


By:

Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932