OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 9, 2016

Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.

Abby C. Wright, Esq.
Stefan B. Tahmassebi, Esq.
Mark B. Stern, Esq.

RE: Daniel Binderup v. Attorney General United States
Case Number: 14-4549/14-4550/15-1975/15-1976
District Case Number: 5-13-cv-06750

Dear Counsel:

At the direction of the Court, counsel are hereby directed to submit supplemental briefing within 10 days and is limited to 10 pages on the following issues:

1. Whether 18 U.S.C. § 925(c), the Supreme Court's precedent in *U.S. v. Bean*, 537 U.S. 71 (2002), and this Court's precedent in *Pontarelli v. U.S. Dep't of the Treasury*, 285 F.3d 216 (3d Cir. 2002), deprive this Court of subject matter jurisdiction over this appeal. Does the ruling in *Bean/Pontarelli* apply when the felon bypasses application to ATF under 18 U.S.C. § 925(c) and seeks the same relief from the District Court?

2. At what time does a facially valid statute without a statute of limitations or time limit, as enacted by Congress, become unconstitutionally infirm due to the passage of time or change in circumstances?

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932