OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 27, 2016

Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.
Mark B. Stern, Esq.
Stefan B. Tahmassebi, Esq.
Abby C. Wright, Esq.

RE: Daniel Binderup v. Attorney General United States
Case Number: 14-4549/14-4550/15-1975/15-1976
District Case Number: 5-13-cv-06750

Dear Counsel:

At the direction of the Court, counsel are hereby informed that, inasmuch a *US v. Essig*, 10 F.3d 968 (3d Cir. 1993) and *US v. Leuschen*, 395 F.3d 155 (3d Cir. 2005), foreclose the statutory challenges in these appeals, counsel are informed that the Court is only interested in the constitutional challenge that is presented.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *[signature]*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932