OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 28, 2016

Alan Gura, Esq.
Patrick Nemeroff, Esq.
Michael S. Raab, Esq.
Mark B. Stern, Esq.
Stefan B. Tahmassebi, Esq.
Abby C. Wright, Esq.

RE: Daniel Binderup v. Attorney General United States
Case Number: 14-4549/14-4550/15-1975/15-1976
District Case Number: 5-13-cv-06750

Dear Counsel:

At the direction of the Court, counsel is hereby directed to file supplemental briefs commenting on the effect, if any, of the Supreme Court's decision in *Voisine v. United States*, No. 14-10154, on the pending appeals in the above-captioned cases. Briefs may be in letter form, single spaced and are not to exceed. 7 pages. They should be submitted no later than 10 days from the date of this notice.

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932